# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3366

_____

United States of America,

      Appellee,

v.

Roy C. Hall,

      Appellant.

\*
\*
\*
\*
\* Appeal from the United States
\* District Court for the
\* Western District of Missouri.
\*    [UNPUBLISHED]
\*
\*

_____

Submitted: March 4, 2003

Filed: March 10, 2003

_____

Before WOLLMAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

After Roy Hall was sentenced to probation for a drug offense, the district court[1] revoked his probation and sentenced him to 24 months imprisonment and 3 years supervised release. Hall began supervised release in June 2001. In September 2002 the court revoked his supervised release and sentenced him to 24 months imprisonment. Hall appeals this sentence.

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

Given Hall's admission that he committed multiple violations of his supervised release conditions, revocation was proper. <u>See</u> 18 U.S.C. § 3583(e)(3). Further, the district court did not abuse its discretion in setting the sentence. <u>See</u> <u>United States v. Shaw</u>, 180 F.3d 920, 922-23 (8th Cir. 1999) (per curiam); <u>United States v. Grimes</u>, 54 F.3d 489, 492 (8th Cir. 1995) (standard of review). Accordingly, we affirm, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.